

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2020

No. 04-20-00054-CV

**IN RE STATE OF TEXAS**, ex rel. Todd A. "Tadeo" Durden, County Attorney

Original Mandamus Proceeding[1]

**ORDER**

Sitting: Sandee Bryan Marion, Chief Justice
      Rebeca C. Martinez, Justice
      Patricia O. Alvarez, Justice
      Luz Elena D. Chapa, Justice
      Irene Rios, Justice
      Beth Watkins, Justice
      Liza Rodriguez, Justice

On April 2, 2020, relator filed a Motion for Rehearing and for En Banc Reconsideration. After considering the arguments raised by relator, the motion is hereby DENIED.

On March 25, 2020, Kinney County filed a motion asking this court to strike certain portions of the record filed by relator, and we ordered the motion carried with the case. Kinney County's motion to strike is DENIED AS MOOT.

On April 8, 2020, relator filed a motion to exceed the word limit on its Motion for Rehearing and for En Banc Reconsideration. That motion is DENIED.

It is so **ORDERED** on April 24, 2020.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 4845, 4863, and 4866, pending in the 63rd Judicial District Court, Kinney County, Texas, the Honorable Sid L. Harle presiding.